# Exhibit A

## IN THE CIRCUIT COURT FOR BALTIMORE COUNTY, MARYLAND

Nike USA, Inc.                              *
1 Bowerman Drive, DF-4
Beaverton, OR 97005                         *

    Plaintiff                         *

v.                                          *       Case No.: _____

Antonio Fabrizio Lima Passari               *
a/k/a Fabrizio Lima Passari
1122 Litchfield Road                        *
Baltimore, MD 21239
                                            *
    Defendant
*   *   *   *   *   *   *   *   *   *   *   *   *

## <u>COMPLAINT</u>

    Plaintiff Nike USA, Inc., by undersigned counsel, files this Complaint against Defendant Antonio Fabrizio Lima Passari a/k/a Fabrizio Lima Passari, and in its support states:

1. Nike USA, Inc. ("Plaintiff" or "Nike") is an Oregon corporation registered to do business in the State of Maryland. Plaintiff is a corporation that specializes in design, development, marketing and the sales of athletic footwear, apparel, and other goods and services.

2. Antonio Fabrizio Lima Passari a/k/a Fabrizio Lima Passari ("Defendant" or "Passari") is an individual who resides at 1122 Litchfield Road, Baltimore, Baltimore County, MD 21239. Defendant is a former employee of Nike.

## FACTS

3. Plaintiff incorporates Paragraphs one (1) through two (2) as if fully set forth herein.

**This communication is from a debt collector.**

4.  On July 18, 2023, Plaintiff advised Defendant in writing that effective August 1, 2023, his employment was terminated. His job performance was cited as reason for the termination.

5.  He was immediately relieved of his duties and was advised he was not expected to work between July 18, 2023, and his termination date of August 1, 2023.

6.  The letter further explained what would be paid as part of any final pay: accrued, but unused Paid Time Off (PTO), less standard withholdings and authorized deductions in accordance with applicable law.

7.  On August 1, 2023, the final paycheck for Defendant was issued.

8.  Among the categories of benefits paid on August 1, 2023, was Performance Sharing Plan Bonus ("the Bonus").

9.  The Bonus, that totaled Eighty Thousand Three Hundred Twenty-Five Dollars ($80,325) less any deductions required by law, was paid in error as it only is paid to employees that are employed on the last day of the fiscal year (May 31) and are not terminated for violation of company rules and/or policies, attendance/tardiness, or performance before the payout occurs.

10. On October 4, 2023, December 9, 2023, and January 22, 2024, Nike advised Defendant via email of his obligation to repay Nike for the overpayment and that Defendant was not eligible for the Bonus due to his termination.

11. To date, Defendant has failed to repay Plaintiff for the overpayment.

## COUNT 1
### *Unjust Enrichment*

12. Plaintiff incorporates ***Paragraphs 1 – 11*** as if fully set forth herein.

13. Plaintiff conferred the Bonus on Defendant in his final paycheck received from Nike.

14. Defendant accepted and retained the Bonus.

15. Defendant acceptance of the payment with the knowledge that the payment was

    unmerited and was in error.

16. Plaintiff requested to be repaid at a minimum three (3) times for the overpayment to the

    Defendant.

17. Defendant had knowledge he was being compensated for exemplary work for which he

    was not entitled.

18. Without compensation to the Plaintiff, it is inequitable for Defendant to keep the Bonus

    for which he did not earn.

19. Defendant has been enriched in the amount of Seventy-Four Thousand One Hundred

    Sixty-Eight Dollars and 08/100 ($74,168.08).

WHEREFORE, Plaintiff Nike USA, Inc., requests this Honorable Court enter a money

judgment in its favor and against the Defendant Antonio Fabrizio Lima Passari a/k/a Fabrizio

Lima Passari, in the amount of Seventy-Four Thousand One Hundred Sixty-Eight Dollars and

08/100 ($74,168.08), representing compensatory damages, plus pre- and post-judgment interest,

costs and any other relief as this Honorable Court deems proper.

/s/ Christopher S. Young
Christopher S. Young, Esq.
CPF No.: 9612190314
Email: cyoung@btlg.us

Business & Technology Law Group
6310 Hillside Court, Suite 160
Columbia, MD 21046
Telephone: (410) 290-0707
Fax: (410) 290-0477
*Attorneys for Plaintiff*

IN THE CIRCUIT COURT FOR <u>Baltimore County</u>
(City/County)

## CIVIL – NON-DOMESTIC CASE INFORMATION SHEET

### DIRECTIONS

***Plaintiff:*** This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Justice of the Supreme Court of Maryland pursuant to Rule 2-111(a).

 ***Defendant:*** You must file an Information Report as required by Rule 2-323(h).

***THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING***

**FORM FILED BY:** ☒ PLAINTIFF ☐ DEFENDANT   CASE NUMBER _____
(Clerk to insert)

**CASE NAME:** <u>Nike USA, Inc.</u>   vs.   <u>Antonio Fabrizio Lima Passari</u>
      Plaintiff          Defendant

**PARTY'S NAME:** <u>Nike USA, Inc.</u>   PHONE: _____

**PARTY'S ADDRESS:** <u>1 Bowerman Drive, DF-4, Beaverton, OR 97005</u>

**PARTY'S E-MAIL:** _____

**If represented by an attorney:**

**PARTY'S ATTORNEY'S NAME:** <u>Christopher S. Young, Esq.</u>   PHONE: <u>(410) 290-0707</u>

**PARTY'S ATTORNEY'S ADDRESS:** <u>6310 Hillside Court, Suite 160, Columbia, MD 21046</u>

**PARTY'S ATTORNEY'S E-MAIL:** <u>cyoung@btlg.us</u>

**JURY DEMAND?** ☐ Yes ☒ No

**RELATED CASE PENDING?** ☐ Yes ☒ No If yes, Case #(s), if known: _____

**ANTICIPATED LENGTH OF TRIAL?:** _____ hours <u>1-2</u> days

### PLEADING TYPE

**New Case:** ☐ Original   ☐ Administrative Appeal   ☐ Appeal
**Existing Case:** ☐ Post-Judgment   ☐ Amendment
*If filing in an existing case,* skip Case Category/ Subcategory section – go to Relief section.

### IF NEW CASE: CASE CATEGORY/SUBCATEGORY (Check one box.)

**TORTS**
- ☐ Asbestos
- ☐ Assault and Battery
- ☐ Business and Commercial
- ☐ Conspiracy
- ☐ Conversion
- ☐ Defamation
- ☐ False Arrest/Imprisonment
- ☐ Fraud
- ☐ Lead Paint – DOB of Youngest Plt:_____
- ☐ Loss of Consortium
- ☐ Malicious Prosecution
- ☐ Malpractice-Medical
- ☐ Malpractice-Professional
- ☐ Misrepresentation
- ☐ Motor Tort
- ☐ Negligence
- ☐ Nuisance
- ☐ Premises Liability
- ☐ Product Liability
- ☐ Specific Performance
- ☐ Toxic Tort
- ☐ Trespass
- ☐ Wrongful Death

**CONTRACT**
- ☐ Asbestos
- ☐ Breach
- ☐ Business and Commercial
- ☐ Confessed Judgment (Cont'd)
- ☐ Construction
- ☐ Debt
- ☐ Fraud

- ☐ Government
- ☐ Insurance
- ☐ Product Liability

**PROPERTY**
- ☐ Adverse Possession
- ☐ Breach of Lease
- ☐ Detinue
- ☐ Distress/Distrain
- ☐ Ejectment
- ☐ Forcible Entry/Detainer
- ☐ Foreclosure
  - ☐ Commercial
  - ☐ Residential
  - ☐ Currency or Vehicle
  - ☐ Deed of Trust
  - ☐ Land Installments
  - ☐ Lien
  - ☐ Mortgage
  - ☐ Right of Redemption
  - ☐ Statement Condo
- ☐ Forfeiture of Property / Personal Item
- ☐ Fraudulent Conveyance
- ☐ Landlord-Tenant
- ☐ Lis Pendens
- ☐ Mechanic's Lien
- ☐ Ownership
- ☐ Partition/Sale in Lieu
- ☐ Quiet Title
- ☐ Rent Escrow
- ☐ Return of Seized Property
- ☐ Right of Redemption
- ☐ Tenant Holding Over

**PUBLIC LAW**
- ☐ Attorney Grievance
- ☐ Bond Forfeiture Remission
- ☐ Civil Rights
- ☐ County/Mncpl Code/Ord
- ☐ Election Law
- ☐ Eminent Domain/Condemn.
- ☐ Environment
- ☐ Error Coram Nobis
- ☐ Habeas Corpus
- ☐ Mandamus
- ☐ Prisoner Rights
- ☐ Public Info. Act Records
- ☐ Quarantine/Isolation
- ☐ Writ of Certiorari

**EMPLOYMENT**
- ☐ ADA
- ☐ Conspiracy
- ☐ EEO/HR
- ☐ FLSA
- ☐ FMLA
- ☐ Worker's Compensation
- ☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
- ☐ Assumption of Jurisdiction
- ☐ Authorized Sale
- ☐ Attorney Appointment
- ☐ Body Attachment Issuance
- ☐ Commission Issuance

- ☐ Constructive Trust
- ☐ Contempt
- ☐ Deposition Notice
- ☐ Dist Ct Mtn Appeal
- ☐ Financial
- ☐ Grand Jury/Petit Jury
- ☐ Miscellaneous
- ☐ Perpetuate Testimony/Evidence
- ☐ Prod. of Documents Req.
- ☐ Receivership
- ☐ Sentence Transfer
- ☐ Set Aside Deed
- ☐ Special Adm. – Atty
- ☐ Subpoena Issue/Quash
- ☐ Trust Established
- ☐ Trustee Substitution/Removal
- ☐ Witness Appearance-Compel

**PEACE ORDER**
- ☐ Peace Order

**EQUITY**
- ☐ Declaratory Judgment
- ☒ Equitable Relief
- ☐ Injunctive Relief
- ☐ Mandamus

**OTHER**
- ☐ Accounting
- ☐ Friendly Suit
- ☐ Grantor in Possession
- ☐ Maryland Insurance Administration
- ☐ Miscellaneous
- ☐ Specific Transaction
- ☐ Structured Settlements

**CC-DCM-002** (Rev. 12/2022)

Page 1 of 3

THIS COMMUNICATION IS FROM A DEBT COLLECTOR

## IF NEW OR EXISTING CASE: RELIEF (Check All that Apply)

| | | | |
|---|---|---|---|
| ☐ Abatement | ☐ Earnings Withholding | ☒ Judgment-Default | ☐ Reinstatement of Employment |
| ☐ Administrative Action | ☐ Enrollment | ☒ Judgment-Interest | ☐ Return of Property |
| ☐ Appointment of Receiver | ☐ Expungement | ☒ Judgment-Summary | ☐ Sale of Property |
| ☐ Arbitration | ☐ Financial Exploitation | ☐ Liability | ☐ Specific Performance |
| ☐ Asset Determination | ☐ Findings of Fact | ☐ Oral Examination | ☐ Writ-Error Coram Nobis |
| ☐ Attachment b/f Judgment | ☐ Foreclosure | ☐ Order | ☐ Writ-Execution |
| ☐ Cease & Desist Order | ☐ Injunction | ☐ Ownership of Property | ☐ Writ-Garnish Property |
| ☐ Condemn Bldg | ☐ Judgment-Affidavit | ☐ Partition of Property | ☐ Writ-Garnish Wages |
| ☐ Contempt | ☐ Judgment-Attorney Fees | ☐ Peace Order | ☐ Writ-Habeas Corpus |
| ☒ Court Costs/Fees | ☐ Judgment-Confessed | ☐ Possession | ☐ Writ-Mandamus |
| ☒ Damages-Compensatory | ☐ Judgment-Consent | ☐ Production of Records | ☐ Writ-Possession |
| ☐ Damages-Punitive | ☐ Judgment-Declaratory | ☐ Quarantine/Isolation Order | |

*If you indicated **Liability** above,* mark one of the following. This information is <u>not</u> an admission and may not be used for any purpose other than Track Assignment.

☒ Liability is conceded.    ☐ Liability is not conceded, but is not seriously in dispute.    ☐ Liability is seriously in dispute.

## MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs)

☐ Under $10,000        ☐ $10,000 - $30,000        ☒ $30,000 - $100,000        ☐ Over $100,000

☐ Medical Bills $ _____    ☐ Wage Loss $ _____    ☐ Property Damages $ _____

## ALTERNATIVE DISPUTE RESOLUTION INFORMATION

Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)

| | | | |
|---|---|---|---|
| A. Mediation | ☐ Yes ☒ No | C. Settlement Conference | ☒ Yes ☐ No |
| B. Arbitration | ☐ Yes ☒ No | D. Neutral Evaluation | ☐ Yes ☒ No |

## SPECIAL REQUIREMENTS

☐ If a Spoken Language Interpreter is needed, **check here and attach form CC-DC-041**

☐ If you require an accommodation for a disability under the Americans with Disabilities Act, **check here and attach form CC-DC-049**

## ESTIMATED LENGTH OF TRIAL

*With the exception of Baltimore County and Baltimore City, please fill in the estimated **LENGTH OF TRIAL**.*

### *(Case will be tracked accordingly)*

☐ 1/2 day of trial or less        ☐ 3 days of trial time

☐ 1 day of trial time        ☐ More than 3 days of trial time

☐ 2 days of trial time

## BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM

***For all jurisdictions,*** *if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

☐ **Expedited -** Trial within 7 months of        ☐ **Standard -** Trial within 18 months of

Defendant's response        Defendant's response

EMERGENCY RELIEF REQUESTED

## COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR)

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.*

☐ **Expedited -** Trial within 7 months of Defendant's response

☐ **Standard -** Trial within 18 months of Defendant's response

***IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.***

### CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | |
|---|---|
| ☐ Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ☐ Civil-Short | Trial 210 days from first answer. |
| ☐ Civil-Standard | Trial 360 days from first answer. |
| ☐ Custom | Scheduling order entered by individual judge. |
| ☐ Asbestos | Special scheduling order. |
| ☐ Lead Paint | Fill in: Birth Date of youngest plaintiff_____. |
| ☐ Tax Sale Foreclosures | Special scheduling order. |
| ☐ Mortgage Foreclosures | No scheduling order. |

### CIRCUIT COURT FOR BALTIMORE COUNTY

| | |
|---|---|
| ☒ Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☐ Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

July 30, 2025
_____
Date

6310 Hillside Court, Suite 160
_____
Address

Columbia                MD          21046
_____
City          State          Zip Code

/s/ Christopher S. Young          9612190314
_____
Signature of Attorney / Party          Attorney Number

Christopher S. Young, Esq.
_____
Printed Name

# IN THE CIRCUIT COURT OF MARYLAND FOR BALTIMORE COUNTY

Nike USA, Inc.                              *

      Plaintiff                         *

v.                                          *        Case No.: _____

Antonio Fabrizio Lima Passari              *
a/k/a Fabrizio Lima Passari
                                            *
      Defendant
*        *        *        *        *        *        *        *        *        *        *        *        *

## <u>STATEMENT BY A NON-GOVERNMENTAL CORPORATE PARTY</u>

      Pursuant to Md. Code, Cts & Jud. Proc. §6-412(a) and Maryland Rule 1-314, Plaintiff Nike

USA, Inc., hereby submits the following nongovernmental corporate disclosure statement: Nike,

Inc. is the parent corporation, and no publicly held corporation owns 10% or more of its stock.


Date: _____                     Respectfully Submitted,



                                           /s/ Christopher S. Young
                                           Christopher S. Young, Esq.
                                           CPF No.: 9612190314
                                           Email: cyoung@btlg.us

                                           Business & Technology Law Group
                                           6310 Hillside Court
                                           Suite 160
                                           Columbia, MD 21046
                                           Telephone: (410) 290-0707
                                           Facsimile: (410) 290-0477
                                           *Attorneys for Plaintiff*

Department of Defense Manpower Data Center

Results as of : Jul-30-2025 09:37:42 AM EDT

SCRA 5.25



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

SSN:
Birth Date:
Last Name:        PASSARI
First Name:       ANTONIO
Middle Name:      FABRIZIO
Status As Of:     Jul-30-2025
Certificate ID:   SS4P0D1HNLMJ87C

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, Space Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty. HOWEVER, WITHOUT A SOCIAL SECURITY NUMBER, THE DEPARTMENT OF DEFENSE MANPOWER DATA CENTER CANNOT AUTHORITATIVELY ASSERT THAT THIS IS THE SAME INDIVIDUAL THAT YOUR QUERY REFERS TO. NAME AND DATE OF BIRTH ALONE DO NOT UNIQUELY IDENTIFY AN INDIVIDUAL.

*Sam Yousefzadeh*

Sam Yousefzadeh, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Alexandria, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information:  (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1).  Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available.  In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds.  All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support.  This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs).  Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.  SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction.  The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING:  This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester.  Providing erroneous information will cause an erroneous certificate to be provided.

Department of Defense Manpower Data Center

SCRA 5.25



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

SSN:
Birth Date:
Last Name:       PASSARI
First Name:      FABRIZIO
Middle Name:     LIMA
Status As Of:    Jul-30-2025
Certificate ID:  0TH7KZZPT656BR8

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, Space Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty. HOWEVER, WITHOUT A SOCIAL SECURITY NUMBER, THE DEPARTMENT OF DEFENSE MANPOWER DATA CENTER CANNOT AUTHORITATIVELY ASSERT THAT THIS IS THE SAME INDIVIDUAL THAT YOUR QUERY REFERS TO. NAME AND DATE OF BIRTH ALONE DO NOT UNIQUELY IDENTIFY AN INDIVIDUAL.

*Sam Yousefzadeh*

Sam Yousefzadeh, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Alexandria, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information:  (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1).  Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available.  In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds.  All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support.  This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs).  Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.  SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction.  The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING:  This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester.  Providing erroneous information will cause an erroneous certificate to be provided.

☐ **SUPREME COURT OF MARYLAND** ☐ **APPELLATE COURT OF MARYLAND**
☒ **CIRCUIT COURT** ☐ **DISTRICT COURT OF MARYLAND FOR** Baltimore County (CC) ▼
Located at 401 Bosley Avenue Towson, MD 21204 _____ City/County

STATE OF MARYLAND _____ Court Address
OR                                                    Telephone 410-887-2601
_____    Case No. _____

Nike USA, Inc. _____ vs. ___ Antonio Fabrizio Lima Passari aka Fabrizio Lima Passari
_____                        _____
Plaintiff/Petitioner                                        Defendant/Respondent

## NOTICE REGARDING RESTRICTED INFORMATION PURSUANT TO RULE 20-201.1

➔**Please DO NOT** use this form to file into the following case types: Adoption, Emergency Evaluation, Extreme Risk Protective Order (ERPO), Guardianship, Juvenile, Gender Declaration, or a Criminal Case in which a Motion to Transfer Jurisdiction to the Juvenile Court is pending. By rule or statute these case types are not subject to inspection.

Title of confidential submission: DOD Manpower Reports for Antonio Fabrizio Lima Passari aka Fabrizio Lima Passari

☐ 1. **RESTRICTED DOCUMENT - The entire document is not subject to inspection.**
- ☐ **Child Abuse/Neglect:** record created by an agency concerning child abuse or neglect required by statute to be kept confidential. *Rule 16-914(d); Family Law Article, § 5-707; Human Services, § 1-202 and § 1-203*
- ☐ **Financial Information:** information about the finances of an individual, including assets, income, liabilities, net worth, bank balances, financial history or activities, or creditworthiness. *General Provisions Article, § 4-336*
- ☐ **Financial Statement:** filed pursuant to Rule 9-202, a Child Support Guidelines Worksheet filed pursuant to Rule 9-206, or a Joint Statement of Marital and Non-Marital Property filed pursuant to Rule 9-207. *Rule 16-914(l)*
- ☐ **Hearing Closed to the Public:** recording/transcript of hearing closed to the public. *Rule 16-914(g)*
- ☐ **Marital Property:** Joint Statement of Marital and Non-Marital Property. *Rule 16-914(l)*
- ☐ **Marriage License Application:** until the effective date of the license. *Rule 16-912(c)*
- ☐ **Medical Report:** or other correspondence from a doctor or health care professional. *Rule 16-914(i)*
- ☐ **Parenting Plan/Joint Statement:** prepared and filed under Rules 9-204.1 and 9-204.2. *Rule 16-914(o)*
- ☐ **Peace Order Denied/Dismissed/Consented - Shielded:** case records shielded under Courts Article § 3-1510(b). *Rule 16-914(c)*
- ☐ **Pregnancy - Marriage License Application:** certification of pregnancy of a person under 18 from doctor or nurse practitioner in an application for a marriage license. *Rule 16-912(c)*
- ☐ **Presentence Investigation Report:** (confidential until entered into evidence) *Rule 16-914(f)(6)*
- ☐ **Protective Order Denied/Dismissed/Consented - Shielded:** case records shielded under FL Article § 4-512(b)(2). *Rule 16-914(c)*
- ☐ **Record of an Administrative Agency Proceeding:** case records shielded when the Administrative Agency Restricted Information Statement indicates the record contains restricted information under Rule 20-101(r). *Rule 16-914(r)*
- ☐ **Refusal to Testify:** case record maintained under Code, Courts Article, § 9-106 of the refusal of an individual to testify in a criminal action against the individual's spouse. *Rule 16-914(f)(5)*
- ☐ **Sealed or Shielded:** (entire document) by court order. *Rule 16-934 & 16-914(k)(1)*
- ☐ **Sealing or Shielding Motion:** while pending, but not to exceed five (5) business days. *Rule 16-934 & 16-914(k)(2)*
- ☐ **Tax Returns:** state and federal tax returns. *Rule 16-914(j)*
- ☐ **Other:**_____ Rule or Statute: _____
- ☐ **DOCUMENT FROM A CONFIDENTIAL CASE TYPE FILED INTO A NON-CONFIDENTIAL CASE TYPE.**
  **Confidential Case type:** ☐ **Child Adoption** ☐ **Emergency Evaluation** ☐ **ERPO** ☐ **Guardianship of a Child**
  ☐ **Juvenile Court case record** ☐ **Gender Declaration** ☐ **Other: (explain)** _____

☒ 2. **CONFIDENTIAL INFORMATION - The document itself is subject to public inspection but contains confidential information that is not open to public inspection.**

That information consists of partial Social Security number and/or date of birth. _____ .
(Give a description of the information and not the actual restricted information.)
The information is made confidential by Rule(s) 1-322.1 _____ or by court order dated _____ .

Pursuant to Rules 20-201.1 and 1-322.1, accompanying the document is a redacted version that does not contain the confidential information.

| July 30, 2025 | /s/ Christopher S. Young | 9612190314 |
|---|---|---|
| Date | Signature | Attorney Number |
| (410) 290-0477 | Christopher S. Young, Esq. | |
| Fax | Printed Name | |
| (410) 290-0707 | 6310 Hillside Court, Suite 160 | |
| Telephone Number | Street Address | |
| cyoung@btlg.us | Columbia, MD 21046 | |
| E-mail | City, State, Zip | |

MDJ-008 (Rev. 01/2025)

THIS COMMUNICATION IS FROM A DEBT COLLECTOR



Department of Defense Manpower Data Center

Results as of: Jul-30-2025 09:37:42 AM EDT
SCRA 5.25

## Status Report
## Pursuant to Servicemembers Civil Relief Act

SSN:
Birth Date:          Aug-XX-1976
Last Name:           PASSARI
First Name:          ANTONIO
Middle Name:         FABRIZIO
Status As Of:        Jul-30-2025
Certificate ID:      SS4P0D1HNLMJ87C

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, Space Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty. HOWEVER, WITHOUT A SOCIAL SECURITY NUMBER, THE DEPARTMENT OF DEFENSE MANPOWER DATA CENTER CANNOT AUTHORITATIVELY ASSERT THAT THIS IS THE SAME INDIVIDUAL THAT YOUR QUERY REFERS TO. NAME AND DATE OF BIRTH ALONE DO NOT UNIQUELY IDENTIFY AN INDIVIDUAL.

*Sam Yousefzadeh*

Sam Yousefzadeh, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Alexandria, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information:  (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1).  Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available.  In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds.  All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support.  This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs).  Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.  SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction.  The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING:  This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester.  Providing erroneous information will cause an erroneous certificate to be provided.

Results as of: Jul-30-2025 09:38:33 AM EDT

SCRA 5.25



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

SSN:
Birth Date:        Aug-XX-1976
Last Name:        PASSARI
First Name:        FABRIZIO
Middle Name:       LIMA
Status As Of:      Jul-30-2025
Certificate ID:    0TH7KZZPT656BR8

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, Space Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty. HOWEVER, WITHOUT A SOCIAL SECURITY NUMBER, THE DEPARTMENT OF DEFENSE MANPOWER DATA CENTER CANNOT AUTHORITATIVELY ASSERT THAT THIS IS THE SAME INDIVIDUAL THAT YOUR QUERY REFERS TO. NAME AND DATE OF BIRTH ALONE DO NOT UNIQUELY IDENTIFY AN INDIVIDUAL.

*Sam Yousefzadeh*

Sam Yousefzadeh, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Alexandria, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information:  (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1).  Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available.  In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds.  All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support.  This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs).  Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.  SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction.  The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING:  This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester.  Providing erroneous information will cause an erroneous certificate to be provided.



**CIRCUIT COURT FOR BALTIMORE COUNTY, MARYLAND**

401 Bosley Avenue, P.O. Box 6754, Towson, MD, 21285-6754

**To:** ANTONIO FABRIZIO LIMA PASSARI
AKA PASSARI, FABRIZIO LIMA
1122 LITCHFIELD ROAD
BALTIMORE, MD 21239

|  |  |
|---|---|
| **Case Number:** | C-03-CV-25-003731 |
| **Other Reference Number(s):** | |
| **Child Support Enforcement Number:** | |

**NIKE USA, INC. VS. ANTONIO FABRIZIO PASSARI**

Issue Date: 7/30/2025

## WRIT OF SUMMONS

You are summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this court, to the attached complaint filed by:

NIKE USA, INC.
1 Bowerman Drive, DF-4
Beaverton, OR 97005

This summons is effective for service only if served within 60 days after the date it is issued.

*Julie L. Ensor*

Julie L. Ensor
Clerk of the Circuit Court

To the person summoned:

Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.

Personal attendance in court on the day named is NOT required.

It is your responsibility to ensure that the court has your current and correct mailing address in order to receive subsequent filings and notice in this case.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

## SHERIFF'S RETURN
### (please print)

To:  ANTONIO FABRIZIO LIMA PASSARI

_____ ID# _____ of the _____
Serving Sheriff's Name

County Sheriff's office present to the court that I:

(1) Served _____
Name of person served

on _____ at _____
Date of service                                                                     Location of service

_____ by _____ with the following:
Manner of service

☐ Summons                                                    ☐ Counter-Complaint

☐ Complaint              _____            ☐ Domestic Case Information Report

☐ Motions                                                    ☐ Financial Statement

☐ Petition and Show Cause Order                              ☐ Interrogatories

☐ Other _____
Please specify

(2) Was unable to serve because:

☐ Moved left no forwarding address         ☐ No such address

☐ Address not in jurisdiction              ☐ Other _____
Please specify

Sheriff fee: $ _____   ☐ waived by _____

_____   _____
Date                              Signature of serving Sheriff

Instructions to Sheriff's Office or Private Process Server:

1. This Summons is effective for service only if served within 60 days after the date issued. If it is not served within 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).

NIKE USA, INC.,                                    :    IN THE

      Plaintiff,                                :    CIRCUIT COURT

        v.                                    :    FOR

ANTONIO FABRIZIO LIMA PASSARI,                     :    BALTIMORE COUNTY

      Defendant.                                :    Case No. C-03-CV-25-003731

...oooOooo...

## DEFENDANT'S ANSWER TO COMPLAINT AND COUNTERCLAIM

Defendant Antonio Fabrizio Lima Passari ("Defendant"), through undersigned counsel, answers the Complaint filed in the above-entitled action by Defendant Nike USA, Inc. ("Nike"), files a Counterclaim against Plaintiff Nike, and states as follows:

## RESPONSES TO SPECIFIC ALLEGATIONS

1.      The allegations contained in Paragraph 1 are admitted.

2.      The allegations contained in Paragraph 2 are admitted.

3.      The allegations contained in Paragraph 3 are legal assertions and thus are neither admitted nor denied.

4.      The allegations contained in Paragraph 4 are admitted.

5.      The allegations contained in Paragraph 5 are admitted.

6.      The allegations contained in Paragraph 6 are admitted.

7.      The allegations contained in Paragraph 7 are denied.

8.      Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the averments contained in Paragraph 8; accordingly, those allegations are denied.

9.      The allegations contained in Paragraph 9 are denied.

10.      Defendant is without knowledge or information sufficient to form a belief as to the

truth or falsity of the averments contained in Paragraph 10; accordingly, those allegations are denied.

11.    The allegations contained in Paragraph 11 are admitted.

12.    The allegations contained in Paragraph 12 are admitted.

13.    The allegations contained in Paragraph 13 are denied.

14.    The allegations contained in Paragraph 14 are admitted.

15.    The allegations contained in Paragraph 15 are denied.

16.    The allegations contained in Paragraph 16 are admitted.

17.    The allegations contained in Paragraph 17 are denied.

18.    The allegations contained in Paragraph 18 are denied.

19.    The allegations contained in Paragraph 19 are denied.

## GENERAL DENIAL

20.    Defendant generally denies all allegations not specifically admitted above.

## AFFIRMATIVE DEFENSES

21.    The Complaint fails to state a claim upon which relief can be granted.

22.    The claims asserted in the Complaint are barred by the doctrine of collateral estoppel.

23.    The claims asserted in the Complaint are barred by illegality.

24.    The claims asserted in the Complaint are barred because Plaintiff did not suffer any

damages.

25.    The claims asserted in the Complaint are barred by laches.

26.    The claims asserted in the Complaint are barred by waiver.

27.    The claims asserted in the Complaint are barred by ultra vires.

28.    The claims asserted in the Complaint are barred by unclean hands.

29.     The claims asserted in the Complaint are barred because they are against public policy in light of the fact that Mr. Passari earned the bonus payment at issue in this case.

## RESERVATION OF RIGHTS

30.     Mr. Passari expressly reserves the right to amend this Answer by way of adding affirmative defenses, counterclaims, cross-claims and/or third party claims as additional facts are obtained through further investigation and discovery.

WHEREFORE, Defendant Passari requests that a judgment be entered in his favor, that Plaintiff bears its attorney's fees and costs, and such other and further relief as the nature of Defendant's cause may require.

## REQUEST FOR JURY TRIAL

Defendant hereby request a trial by jury for all issues subject to jury trial.

3

## DEFENDANT'S COUNTERCLAIM AGAINST PLAINTIFF

Defendant Passari, through undersigned counsel, hereby files this counterclaim pursuant to 42 U.S.C. Section 1981 ("Section 1981") for racial/ethnic discrimination and retaliation, and in support thereof states as follows:

### THE PARTIES

1.      Counter-Plaintiff Antonio Fabrizio Lima Passari is an individual and former employee of Counterdefendant Nike USA, Inc. ("Nike") who served as Senior Director, Global Operations and Technology Strategy, for Nike in Oregon between September 2022 and August 1, 2023.

2.      Counter-Defendant Nike is an Oregon corporation registered to do business in the State of Maryland.  Counter-Defendant Nike is a corporation that specializes in design, development, marketing and sales of athletic footwear, apparel, and other goods and services.

### JURISDICTION

3.      This Court has jurisdiction pursuant to Md. Cts. & Jud. Proc. Code Ann. § 6-103 because Counter-Defendant Nike transacts business in Maryland, either directly or through an agent, entered contracts to provide goods, services or manufactured products in Maryland, caused tortious injury by an act or omission in Maryland, or engaged in a persistent course of conduct in Maryland or derived substantial revenue from goods, services or manufactures products used or consumed in Maryland.

4

## VENUE

4.      Venue is proper in this Court because, among other reason, Counterdefendant

Nike carries on a regular business in Baltimore County, Maryland.  Md. Cts. & Jud. Proc. Code

Ann. §§ 6-201 and 6-202.

## FACTS

5.      In September 2022, Mr. Passari began working for Nike in Oregon as Senior

Strategy Director, Global Operations and Technology Strategy.

6.      Mr. Passari's direct report was Ugwechi Amadi, Vice President of Strategy,

Operations and Technology at Nike, but his functional daily manager was Amy White, Chief

Supply Chain Officer for Nike.

7.      Beginning in or about December 2022, Ms. White began treating Mr. Passari

differently than similarly-situated, non-Hispanic and/or Latino employees.

8.      Specifically, Ms. White would interrupt Mr. Passari in front of his coworker and

embarrass and humiliate him by unfairly and baselessly criticizing his contributions and

proposals, regardless of the merit of those contributions and proposals.

9.      Later, Ms. White would praise the exact same contributions and proposals made

by similarly-situated, non-Hispanic and/or Latino employees.

10.     For example, during one meeting, Mr. Passari proposed a benchmark-based

approach to measure Nike's performance against several competitors, but Ms. White stated his

idea was nonsense and rejected it in an embarrassing manner; however, when a similarly-

situated, non-Hispanic and/or Latino employee proposed a similar idea, Ms. White praised his

idea as "brilliant" even though it was virtually the same idea as Mr. Passari had previously

5

proposed to the team.

11.    Similarly, when Mr. Passari proposed a detailed agenda for an upcoming workshop with senior directors, Ms. White dismissed his idea and shouted at him that his idea was horrible.  Shortly thereafter, when a similary-situated, non-Hispanic and/or Latino employee proposed the exact same agenda, she praised him for his excellent idea.

12.    This was part of a pattern of hostile behavior and treatment by Ms. White towards Hispanic and/or Latino employees who reported to her or worked for her.

13.    In fact, several Hispanic and/or Latino employees requested to be transferred to other departments or managers because of the discriminatory and hostile treatment they were subjected to by Ms. White.

14.    Ms. White excluded Mr. Passari from key meetings, and when she did allow him to attend such meetings, she would treat him in a hostile manner, either ignoring or attacking his attempts to participate in the meetings.

15.    On or about June 27, 2023, Mr. Passari participated in his annual job performance evaluation, and at no point was he informed that his job performance was unsatisfactory or that he failed to meet expectations.

16.    On or about July 13, 2023, Mr. Passari meet with Laura Monette, HR Business Partner at Nike, and filed a formal complaint against Ms. White based on her discriminatory and hostile treatment of him because of his Hispanic and/or Latino ethnic heritage/race.

17.    Mr. Passari also requested that he be reassigned to a new manager or department where he would not have to report to Ms. White.

18.    Ms. Monette assured Mr. Passari that she would investigate his complaints and

6

assist him with finding a new position.

19.     Several days later, however, on July 18, 2023, Mr. Passari was notified by his official manager, Ugwechi Amadi, and a different Human Resources representative, Marissa Rainey, that his employment was being terminated, effective immediately, and he was escorted from the premises without being allowed to speak to anyone.

20.     Unlike similarly-situated, non-Hispanic and/or Latino employees, Mr. Passari had never been issued a written warning or placed on a performance improvement plan in the weeks or months before his employment was suddenly terminated.

21.     In addition, unlike other similarly-situated, non-Hispanic and/or Latino employees, Mr. Passari was not offered a severance agreement by Nike.

22.     At his termination meeting, Mr. Passari was assured that he would receive the annual bonus payment that he had previously earned by working through the end of the 2022-2023 fiscal year.

23.     At no point during his employment with Nike was Mr. Passari ever notified that his job performance was unsatisfactory or deficient or insufficient.

24.     The fact that Mr. Passari's employment was terminated just five days after he filed a discrimination and harassment complaint against Ms. White based on his Hispanic and/or Latino heritage/race demonstrates that he was terminated in retaliation for filing his discrimination and harassment complaint against Ms. White.

25.     The fact that Mr. Passari was suddenly terminated without ever having received a written warning or been placed on a performance improvement plan is further evidence that his employment was terminated in retaliation for filing his discrimination and harassment complaint

7

against Ms. White.

## COUNT I – RACIAL/ETHNIC DISCRIMINATION/RETALIATION

### (Section 1981)

26.    Plaintiff repeats and realleges all of the allegations in the preceding paragraphs of this Complaint as if the same were fully set forth herein.

27.    Mr. Passari is a member of a protected class, Latino and/or Hispanic, entitled to protection against racial/ethnic discrimination and retaliation under Section 1981.

28.    During all relevant times, Nike was Mr. Passari's "employer" for purposes of Section 1981.

29.    During the period of time between September 1, 2022 and August 1, 2023, Defendant Nike discriminated against Mr. Passario based on his race and ethnicity, Hispanic and/or Latino, by treating him differently than other, similarly-situated, non-Hispanic and/or Latino employees and repeatedly assigning him to less favorable assignments and positions, ignoring him or criticizing him for baseless reasons in meetings, embarrassing and humiliating him in front of his peers, giving him negative performance evaluations and feedback for no reason, and treating him in a hostile manner based on false or pretextual reasons because of his Hispanic and/or Latino heritage.

30.    During the period of time between July 18, 2023 and August 1, 2023, Defendant Nike  UPS retaliated against Mr. Passari based on his racial/ethnic discrimination complaint that he filed with Nike human resources on or about July 13, 2023.

31.    Defendant Nike retaliated against Mr. Passari by treating him differently from other similarly-situated employees who had not complained about racial/ethnic discrimination

8

and terminating his employment without ever having issued him a written warning or placed him

on a performance improvement plan, unlike his similarly-situated, non-Hispanic and/or Latino

coworkers, because he engaged in protected activity.

    32.    Mr. Passari suffered substantial financial and emotional distress damages as a

direct result of the discriminatory and retaliatory conduct of Defendant Nike.

    WHEREFORE, Ms. Passaari demands judgment in an amount greater than five-hundred

thousand dollars ($500,000.00) against Defendant Nike in compensatory damages, including

back pay, compensatory damages for emotional distress, punitive damages, attorney's fees,

interest and costs and any and all other relief deemed appropriate by this Court.

Respectfully Submitted,

_____

Andrew M. Dansicker, Esquire
(CPF: 9306030001)
Law Office of Andrew M. Dansicker, LLC
11350 McCormick Road
Executive Plaza II, Suite 705
Hunt Valley, Maryland 21031
Phone: 410-771-5668
Facsimile: 443-927-7390
adansicker@dansickerlaw.com

*Counsel for Defendant/Counterclaimant*
*Antonio Fabrizio Lima Passari*

9

## REQUEST FOR JURY TRIAL

Plaintiff hereby requests trial by jury for all claims subject to jury trial as set forth in the

Counterclaim.

Respectfully Submitted,

_____

Andrew M. Dansicker, Esquire
(CPF: 9306030001)
Law Office of Andrew M. Dansicker, LLC
11350 McCormick Road
Executive Plaza II, Suite 705
Hunt Valley, Maryland  21031
Phone: 410-771-5668
Facsimile: 443-927-7390
adansicker@dansickerlaw.com

*Counsel for Defendant/Counterclaimant*
*Antonio Fabrizio Lima Passari*

10

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of November, 2025, a copy of the foregoing

Defendant's Answer to Complaint and Counterclaim  was served electronically and mailed first

class, postage pre-paid, to:

Christopher S. Young
BUSINESS & TECHNOLOGY LAW GROUP
6310 Hillside Court, Suite 160
Columbia, Maryland 21046

*Counsel for Plaintiff/Counter-Defendant Nike USA, Inc.*


Andrew M. Dansicker, Esquire

11

IN THE CIRCUIT COURT FOR Baltimore County (CC) ▼

City/County

## CIVIL – NON-DOMESTIC CASE INFORMATION REPORT

### DIRECTIONS

*Plaintiff:* This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Justice of the Supreme Court of Maryland pursuant to Rule 2-111(a). *Defendant:* You must file an Information Report as required by Rule 2-323(h).

***THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING***

**FORM FILED BY:** ☐ PLAINTIFF ☒ DEFENDANT    CASE NUMBER C-03-CV-25-003731

(Clerk to insert)

**CASE NAME:** Nike USA, Inc.                vs.    Antonio Fabrizio Lima Passari

Plaintiff                                        Defendant

**PARTY'S NAME:** Antonio Fabrizio Lima Passari        PHONE: 410-771-5668

**PARTY'S ADDRESS:** 1122 Litchfield Road, Idlewylde, Maryland 21239

**PARTY'S E-MAIL:** _____

**If represented by an attorney:**

**PARTY'S ATTORNEY'S NAME:** Andrew M. Dansicker        PHONE: 410-771-5668

**PARTY'S ATTORNEY'S ADDRESS:** 11350 McCormick Rd., EP 2, Suite 705, Hunt Valley, MD 21031

**PARTY'S ATTORNEY'S E-MAIL:** adansicker@dansickerlaw.com

**JURY DEMAND?** ☒ Yes ☐ No

**RELATED CASE PENDING?** ☐ Yes ☒ No If yes, Case #(s), if known: _____

**ANTICIPATED LENGTH OF TRIAL?:** _____ hours 4 days

### PLEADING TYPE

**New Case:** ☐ Original ☐ Administrative Appeal ☐ Appeal

**Existing Case:** ☐ Post-Judgment ☐ Amendment

*If filing in an existing case,* skip Case Category/Subcategory section – go to Relief section.

### IF NEW CASE: CASE CATEGORY/SUBCATEGORY (*Check one box.*)

**TORTS**
- ☐ Asbestos
- ☐ Assault and Battery
- ☐ Business and Commercial
- ☐ Conspiracy
- ☐ Conversion
- ☐ Defamation
- ☐ False Arrest/Imprisonment
- ☐ Fraud
- ☐ Lead Paint – DOB of Youngest Plt:
- ☐ Loss of Consortium
- ☐ Malicious Prosecution
- ☐ Malpractice-Medical
- ☐ Malpractice-Professional
- ☐ Misrepresentation
- ☐ Motor Tort
- ☐ Negligence
- ☐ Nuisance
- ☐ Premises Liability
- ☐ Product Liability
- ☐ Specific Performance
- ☐ Toxic Tort
- ☐ Trespass
- ☐ Wrongful Death

**CONTRACT**
- ☐ Asbestos
- ☐ Breach
- ☐ Business and Commercial
- ☐ Confessed Judgment (Cont'd)
- ☐ Construction
- ☐ Debt
- ☐ Fraud

- ☐ Government
- ☐ Insurance
- ☐ Product Liability

**PROPERTY**
- ☐ Adverse Possession
- ☐ Breach of Lease
- ☐ Detinue
- ☐ Distress/Distrain
- ☐ Ejectment
- ☐ Forcible Entry/Detainer
- ☐ Foreclosure
  - ☐ Commercial
  - ☐ Residential
  - ☐ Currency or Vehicle
  - ☐ Deed of Trust
  - ☐ Land Installments
  - ☐ Lien
  - ☐ Mortgage
  - ☐ Right of Redemption
  - ☐ Statement Condo
- ☐ Forfeiture of Property/ Personal Item
- ☐ Fraudulent Conveyance
- ☐ Landlord-Tenant
- ☐ Lis Pendens
- ☐ Mechanic's Lien
- ☐ Ownership
- ☐ Partition/Sale in Lieu
- ☐ Quiet Title
- ☐ Rent Escrow
- ☐ Return of Seized Property
- ☐ Right of Redemption
- ☐ Tenant Holding Over

**PUBLIC LAW**
- ☐ Attorney Grievance
- ☐ Bond Forfeiture Remission
- ☐ Civil Rights
- ☐ County/Mncpl Code/Ord
- ☐ Election Law
- ☐ Eminent Domain/Condemn.
- ☐ Environment
- ☐ Error Coram Nobis
- ☐ Habeas Corpus
- ☐ Mandamus
- ☐ Prisoner Rights
- ☐ Public Info. Act Records
- ☐ Quarantine/Isolation
- ☐ Writ of Certiorari

**EMPLOYMENT**
- ☐ ADA
- ☐ Conspiracy
- ☐ EEO/HR
- ☐ FLSA
- ☐ FMLA
- ☐ Worker's Compensation
- ☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
- ☐ Assumption of Jurisdiction
- ☐ Authorized Sale
- ☐ Attorney Appointment
- ☐ Body Attachment Issuance
- ☐ Commission Issuance

- ☐ Constructive Trust
- ☐ Contempt
- ☐ Deposition Notice
- ☐ Dist Ct Mtn Appeal
- ☐ Financial
- ☐ Grand Jury/Petit Jury
- ☐ Miscellaneous
- ☐ Perpetuate Testimony/Evidence
- ☐ Prod. of Documents Req.
- ☐ Receivership
- ☐ Sentence Transfer
- ☐ Set Aside Deed
- ☐ Special Adm. – Atty
- ☐ Subpoena Issue/Quash
- ☐ Trust Established
- ☐ Trustee Substitution/Removal
- ☐ Witness Appearance-Compel

**PEACE ORDER**
- ☐ Peace Order

**EQUITY**
- ☐ Declaratory Judgment
- ☐ Equitable Relief
- ☐ Injunctive Relief
- ☐ Mandamus

**OTHER**
- ☐ Accounting
- ☐ Friendly Suit
- ☐ Grantor in Possession
- ☐ Maryland Insurance Administration
- ☐ Miscellaneous
- ☐ Specific Transaction
- ☐ Structured Settlements

CC-DCM-002 (Rev. 09/2025)            Page 1 of 3

## IF NEW OR EXISTING CASE: RELIEF (Check All that Apply)

| | | | |
|---|---|---|---|
| ☐ Abatement | ☐ Earnings Withholding | ☐ Judgment-Default | ☐ Reinstatement of Employment |
| ☐ Administrative Action | ☐ Enrollment | ☐ Judgment-Interest | ☐ Return of Property |
| ☐ Appointment of Receiver | ☐ Expungement | ☐ Judgment-Summary | ☐ Sale of Property |
| ☐ Arbitration | ☐ Financial Exploitation | ☒ Liability | ☐ Specific Performance |
| ☐ Asset Determination | ☐ Findings of Fact | ☐ Oral Examination | ☐ Writ-Error Coram Nobis |
| ☐ Attachment b/f Judgment | ☐ Foreclosure | ☐ Order | ☐ Writ-Execution |
| ☐ Cease & Desist Order | ☐ Injunction | ☐ Ownership of Property | ☐ Writ-Garnish Property |
| ☐ Condemn Bldg | ☐ Judgment-Affidavit | ☐ Partition of Property | ☐ Writ-Garnish Wages |
| ☐ Contempt | ☐ Judgment-Attorney Fees | ☐ Peace Order | ☐ Writ-Habeas Corpus |
| ☒ Court Costs/Fees | ☐ Judgment-Confessed | ☐ Possession | ☐ Writ-Mandamus |
| ☒ Damages-Compensatory | ☐ Judgment-Consent | ☐ Production of Records | ☐ Writ-Possession |
| ☒ Damages-Punitive | ☐ Judgment-Declaratory | ☐ Quarantine/Isolation Order | |

*If you indicated **Liability** above,* mark one of the following. This information is <u>not</u> an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.      ☐ Liability is not conceded, but is not seriously in dispute.      ☒ Liability is seriously in dispute.

## MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs)

☐ Under $10,000      ☐ $10,000 - $30,000      ☐ $30,000 - $100,000      ☒ Over $100,000

☐ Medical Bills $ _____      ☐ Wage Loss $ 200000      ☐ Property Damages $ _____

## ALTERNATIVE DISPUTE RESOLUTION INFORMATION

Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)

| | | | |
|---|---|---|---|
| A. Mediation | ☒ Yes ☐ No | C. Settlement Conference | ☒ Yes ☐ No |
| B. Arbitration | ☐ Yes ☒ No | D. Neutral Evaluation | ☐ Yes ☒ No |

## SPECIAL REQUIREMENTS

☐ If a Spoken Language Interpreter is needed, **check here and attach form CC-DC-041**

☐ If you require an accommodation for a disability under the Americans with Disabilities Act, **check here and attach form CC-DC-049**

## ESTIMATED LENGTH OF TRIAL

*With the exception of Baltimore County and Baltimore City, please fill in the estimated **LENGTH OF TRIAL**.*

### *(Case will be tracked accordingly)*

☐ 1/2 day of trial or less      ☐ 3 days of trial time

☐ 1 day of trial time      ☐ More than 3 days of trial time

☐ 2 days of trial time

## BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM

*For all jurisdictions, if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

☐ **Expedited** - Trial within 7 months of          ☐ **Standard** - Trial within 18 months of

Defendant's response          Defendant's response

EMERGENCY RELIEF REQUESTED

## COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR)

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.*

☐ **Expedited** - Trial within 7 months of Defendant's response

☐ **Standard** - Trial within 18 months of Defendant's response

### *IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.*

### CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | |
|---|---|
| ☐ Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ☐ Civil-Short | Trial 210 days from first answer. |
| ☐ Civil-Standard | Trial 360 days from first answer. |
| ☐ Custom | Scheduling order entered by individual judge. |
| ☐ Asbestos | Special scheduling order. |
| ☐ Lead Paint | Fill in: Birth Date of youngest plaintiff _____ . |
| ☐ Tax Sale Foreclosures | Special scheduling order. |
| ☐ Mortgage Foreclosures | No scheduling order. |

### CIRCUIT COURT FOR BALTIMORE COUNTY

| | |
|---|---|
| ☐ Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☒ Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

November 7, 2025
_____
Date

11350 McCormick Road, EP2, Suite 705
_____
Street Address

Hunt Valley          MD          21031
_____
City          State          Zip Code

Signature of Attorney/Party          9306030001
_____          Attorney Number

Andrew M. Dansicker
_____
Printed Name

adansicker@dansickerlaw.com
_____
E-mail

**CC-DCM-002** (Rev. 09/2025)          Page 3 of 3