### IN THE CIRCUIT COURT FOR BALTIMORE COUNTY, MARYLAND

Nike USA, Inc.                                  *
1 Bowerman Drive, DF-4
Beaverton, OR 97005                             *

     Plaintiff                             *

v.                                              *    Case No.: _____

Antonio Fabrizio Lima Passari                   *
a/k/a Fabrizio Lima Passari
1122 Litchfield Road                            *
Baltimore, MD 21239
                                                *
     Defendant
*       *       *       *       *       *       *       *       *       *       *       *       *

### COMPLAINT

Plaintiff Nike USA, Inc., by undersigned counsel, files this Complaint against Defendant Antonio Fabrizio Lima Passari a/k/a Fabrizio Lima Passari, and in its support states:

1. Nike USA, Inc. ("Plaintiff" or "Nike") is an Oregon corporation registered to do business in the State of Maryland.  Plaintiff is a corporation that specializes in design, development, marketing and the sales of athletic footwear, apparel, and other goods and services.

2. Antonio Fabrizio Lima Passari a/k/a Fabrizio Lima Passari ("Defendant" or "Passari") is an individual who resides at 1122 Litchfield Road, Baltimore, Baltimore County, MD 21239.  Defendant is a former employee of Nike.

### FACTS

3. Plaintiff incorporates Paragraphs one (1) through two (2) as if fully set forth herein.

**This communication is from a debt collector.**

4. On July 18, 2023, Plaintiff advised Defendant in writing that effective August 1, 2023, his employment was terminated.  His job performance was cited as reason for the termination.

5. He was immediately relieved of his duties and was advised he was not expected to work between July 18, 2023, and his termination date of August 1, 2023.

6. The letter further explained what would be paid as part of any final pay: accrued, but unused Paid Time Off (PTO), less standard withholdings and authorized deductions in accordance with applicable law.

7. On August 1, 2023, the final paycheck for Defendant was issued.

8. Among the categories of benefits paid on August 1, 2023, was Performance Sharing Plan Bonus ("the Bonus").

9. The Bonus, that totaled Eighty Thousand Three Hundred Twenty-Five Dollars ($80,325) less any deductions required by law, was paid in error as it only is paid to employees that are employed on the last day of the fiscal year (May 31) and are not terminated for violation of company rules and/or policies, attendance/tardiness, or performance before the payout occurs.

10. On October 4, 2023, December 9, 2023, and January 22, 2024, Nike advised Defendant via email of his obligation to repay Nike for the overpayment and that Defendant was not eligible for the Bonus due to his termination.

11. To date, Defendant has failed to repay Plaintiff for the overpayment.

## COUNT 1
### *Unjust Enrichment*

12. Plaintiff incorporates ***Paragraphs 1 – 11*** as if fully set forth herein.

13. Plaintiff conferred the Bonus on Defendant in his final paycheck received from Nike.

14. Defendant accepted and retained the Bonus.

15. Defendant acceptance of the payment with the knowledge that the payment was unmerited and was in error.

16. Plaintiff requested to be repaid at a minimum three (3) times for the overpayment to the Defendant.

17. Defendant had knowledge he was being compensated for exemplary work for which he was not entitled.

18. Without compensation to the Plaintiff, it is inequitable for Defendant to keep the Bonus for which he did not earn.

19. Defendant has been enriched in the amount of Seventy-Four Thousand One Hundred Sixty-Eight Dollars and 08/100 ($74,168.08).

WHEREFORE, Plaintiff Nike USA, Inc., requests this Honorable Court enter a money judgment in its favor and against the Defendant Antonio Fabrizio Lima Passari a/k/a Fabrizio Lima Passari, in the amount of Seventy-Four Thousand One Hundred Sixty-Eight Dollars and 08/100 ($74,168.08), representing compensatory damages, plus pre- and post-judgment interest, costs and any other relief as this Honorable Court deems proper.

/s/ Christopher S. Young
Christopher S. Young, Esq.
CPF No.: 9612190314
Email: cyoung@btlg.us

Business & Technology Law Group
6310 Hillside Court, Suite 160
Columbia, MD 21046
Telephone: (410) 290-0707
Fax: (410) 290-0477
*Attorneys for Plaintiff*